Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>FELIX AVILES, individually and d/b/a PANADERIA LA UNION NO. 2,<br><br>            Defendant. | Case No. 8:19-cv-01723-WDK-JC<br><br>PLAINTIFF'S NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGMENT BY THE COURT<br><br>Date:   March 2, 2020<br>Time:  10:00 a.m.<br>Place:  Courtroom 5C<br>Judge:  Honorable William D. Keller |

TO THE HONORABLE COURT, THE DEFENDANT AND TO HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 2, 2020 at 10:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 5C of the United States District Court, Central District of California, located at 350 West 1st Street, Los Angeles, California 90012, Plaintiff G & G Closed Circuit Events, LLC, by and through counsel, will present its Application for Default Judgment by the Court

and against Defendant Felix Aviles, individually and d/b/a Panaderia La Union No. 2 (hereinafter "Defendant").

1.    Default was entered against Defendant on October 30, 2019. (Dkt. No. 12).

2.    Defendant has never participated in this action.

3.    After the entry of default, Federal Rule of Civil Procedure 55(b) provides that default judgment may be entered by the Court upon application of the Plaintiff.  Fed.R.Civ.P. 55(b)(2).

4.    At the time and place of hearing, Plaintiff will present proof of the following matters:

a.    Defendant is not an infant or incompetent person, or in military service or otherwise exempted under the Servicemembers Civil Relief Act of 2003;

b.    Defendant has not appeared in this action;

c.    Notice of this Application for Default Judgment by the Court and related documents were served on the Defendant;

d.    Plaintiff is entitled to judgment against the Defendant on the claims pled in the complaint. To wit:

1)    By contract, Plaintiff paid for the proprietary rights to distribute the *Saul "Canelo" Alvarez v. Gennady "GGG" Golovkin II*

*Championship Fight Program,* telecast nationwide on Saturday, September 15, 2018 (hereinafter the "Program").

2)     With full knowledge that the *Program* was not to be intercepted, received, and/or exhibited by entities unauthorized to do so, Defendant and/or his agents, servants, workmen, and/or employees, did unlawfully intercept, receive and thereafter exhibit the *Program* at the time of its transmission at the address of the establishment doing business as Panaderia La Union No. 2, a food and drink establishment operated by Defendant, and operating at 1847 West Katella Avenue, Anaheim, CA 92804, as more fully detailed in the *Declaration of Affiant*.

3)     The unauthorized reception, interception and/or exhibition of the *Program* by the Defendant was done willfully and for the purpose of direct or indirect commercial advantage or private financial gain.

4)     The unauthorized publication or use of communications, such as the transmission for which Plaintiff had the distribution rights, is prohibited by Title 47 U.S.C. § 605, *et seq.* and Title 47 U.S.C. § 553, *et seq.*

5)     By said acts of receiving, intercepting and exhibiting the *Program* at the above-indicated address, Defendant tortiously

obtained possession of the *Program* and wrongly converted same to his own use and benefit.

5.     Plaintiff seeks Judgment in its favor and against the Defendant for violations of 47 U.S.C. § 605(e)(3)(C)(i)(II) and (e)(3)(C)(ii) in the amounts of $5,600 and $22,400, respectively.

6.     Plaintiff also seeks damages for conversion in the amount of $2,800.00.

7.     By and through this Motion, Plaintiff also seeks recovery of attorneys' fees in the amount of $2,280.00, as provided pursuant to 47 U.S.C. § 605, *et seq.* and Local Rule 55-3, and Plaintiff requests that it be granted 14 days to submit its request for costs.


Dated:  January 20, 2020          /s/ *Thomas P. Riley*
                                  **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                  By:  Thomas P. Riley
                                  Attorneys for Plaintiff
                                  G & G Closed Circuit Events, LLC

## **PROOF OF SERVICE**

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On January 20, 2020, I caused to serve the following document entitled:

PLAINTIFF'S NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGMENT BY THE COURT

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Felix Aviles (Defendant)
1847 W. Katella Avenue
Anaheim, CA 92804

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 20, 2020, at South Pasadena, California.

Dated:  January 20, 2020                    /s/ *Karla Diaz*
                                             KARLA DIAZ