1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **FELIX AVILES,** <br><br> Defendant. | Case No. SA CV19-01723 WDK(JCx) <br><br> **ORDER GRANTING PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT** |

On October 30, 2019, default was entered in this action against defendant Felix Aviles, individually and d/b/a Panaderia LA Union No. 2. On January 20, 2020, plaintiff filed an application for and declarations in support of default judgment. Defendant having been served and no appearance or response by defendant having been made in person or in writing, and plaintiff having met all of the statutory requirements for an Application for Default Judgment, IT IS HEREBY ORDERED AND ADJUDGED that Default Judgment in the total amount of $3,280.00 is therefore GRANTED against defendant Felix Aviles, individually and d/b/a Panaderia LA Union No. 2. This award includes $2,800.00 in actual damages (the amount that defendant should have paid plaintiff to obtain a

commercial sublicense for the programming based on an estimated seating capacity of 1 - 100 patrons).

While it appears that defendant is liable for the wrongful conversion of plaintiff's property, the Court declines to grant a duplicative damages award based on this additional theory of liability. *See Tavaglione v. Billings*, 4 Cal.4th 1150, 1158-59 (Cal. 1993) ("Regardless of the nature or number of legal theories advanced by the plaintiff, he is not entitled to more than a single recovery for each distinct item of compensable damage supported by the evidence. . . . Double or duplicative recovery for the same items of damage amounts to overcompensation and is therefore prohibited."). The Court further grants plaintiff $480.00 in attorneys' fees pursuant to Local Rule 55-3.[1] Costs are to be submitted in cost bill.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Order on counsel for the defendant or the pro se defendant in this matter.

Dated: July 31, 2020

_____
William Keller
United States District Judge

---

[1] Pursuant to Local Rule 55-3, attorneys' fees are calculated at the rate of $300 plus 10% of the amount over $1,000.