JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**FELIX AVILES,**<br><br>Defendant. | Case No. SA CV 19-01723 WDK (JCx)<br><br>**JUDGMENT** |

The Application of G & G Closed Circuit Events, LLC for the entry of Default Judgment as to defendant Felix Aviles, individually and d/b/a Panaderia LA Union No. 2, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff G & G Closed Circuit Events, LLC against defendant Felix Aviles, individually and d/b/a Panaderia LA Union No. 2, as follows:

(a)   defendant Felix Aviles, individually and d/b/a Panaderia LA Union No. 2, shall pay the plaintiff, G & G Closed Circuit Events, LLC, $2,800.00 in total damages plus attorneys' fees in the amount of $480.00 plus costs.

1     IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
2 mail or by telefax or by email, copies of this Judgment on counsel for the
3 defendant, or the pro se defendant in this matter.

6 Dated: July 31, 2020

_____
William Keller
United States District Judge